UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON IDE, WALTER TAYLOR and DANIEL BELMONTE, as Trustees of the Teamsters Local 814 Pension Fund,

                              Plaintiffs,

-v-

ACCURATE MOVING SYSTEMS, INC., EXECUTIVE TRIM LLC, and EXECUTIVE TRIM CONSTRUCTION, INC. d/b/a EXECUTIVE GROUP

                              Defendants.

21 Civ. 4979 (PAE)

ORDER

---

EXECUTIVE TRIM, LLC,

                              Third-Party Plaintiff,

-v-

TEAMSTERS LOCAL 814 and MAUREEN CAGGIANO,

                              Third-Party Defendants.

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the initial pretrial conference, initially scheduled for December 2, 2021 at 9:30 a.m., is rescheduled for **December 2, 2021 at 3:15 p.m.** The instructions for dialing into the conference remain the same. *See* Dkt. 31.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 29, 2021
       New York, New York