

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

**Aaron N. Solomon, Esq.**
ASolomon@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

November 30, 2021

**VIA ECF**
The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Jason Ide, et al. v. Accurate Moving Systems, Inc., et al.*; 21 Civ. 4979 (PAE)

Dear Judge Engelmayer

This firm represents Defendant Accurate Moving Systems, Inc. and Third-Party Defendant Maureen Caggiano. I write, with the consent of all parties, to respectfully request a short adjournment of the initial conference currently scheduled for December 2, 2021 at 3:15 P.M.

My wife is in the second trimester of a high-risk pregnancy. I must attend a medical appointment with her on December 2, 2021 at 2:00 P.M. The appointment will not be over before the scheduled conference time.

Of note, to avoid a scheduling conflict, my wife and I previously scheduled this appointment considering that the Court had originally scheduled the initial conference for 9:30 A.M. on December 2nd. Unfortunately, as my wife's medical provider does not have any available appointments during the next several weeks, my wife and I cannot reschedule her appointment without incurring at least some measure of medical risk.

Finally, it is worth noting I am the only attorney handling this matter since the departure of my colleague, Pietro Deserio, from my firm.

This is the first request for an adjournment of the initial conference.

I thank the Court for its time and attention to this matter.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Aaron N. Solomon

Cc: All Counsel of Record (*via* ECF)

Granted. The telephonic initial pretrial conference in this case is adjourned to **Friday, December 3, 2021, at 4 p.m.** The instructions for dialing into the conference remain the same. *See* Dkt. 31. The Court wishes counsel's family well. SO ORDERED.

Dated: November 30, 2021.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge