

**COHEN
WEISS
AND
SIMON** LLP

Zachary N. Leeds, Partner
Tel:      212.356.0243
Fax:     646.473.8243
zleeds@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

August 30, 2022

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____           │
│ DATE FILED: 8/31/2022            │
└─────────────────────────────────┘
```

**By ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Lehrburger_NYSDChambers@nysd.uscourts.gov

Re:     *Ide, et al. v. Accurate Moving Systems, Inc., et al.*; 21 Civ. 4979 (PAE)

Dear Judge Lehrburger:

We represent Plaintiffs and the Third-Party Defendant Teamsters Local 814 in this matter. We are pleased to report that the parties have finalized their settlement agreement and are now in the process of collecting client signatures. We therefore jointly request that the conference before Your Honor on September 6, 2022 be adjourned.

Respectfully submitted,

*Zachary N. Leeds*

Cc:     All Parties (by ECF)

In light of the parties' representation regarding settlement, the conference currently scheduled for September 6, 2022 is adjourned sine die.

SO ORDERED:

8/31/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE